

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, May 10, 2016

No. 04-16-00166-CR

**IN RE** ROBERT **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On April 22, 2016, relator filed a supplemental petition for writ of mandamus complaining that the trial court had not transmitted his application for writ of habeas corpus to the appellate court. Relator has been appointed trial counsel. We conclude that any original proceeding on the issue raised should be presented by relator's trial counsel. Relator is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se supplemental mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's supplemental petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 10, 2016.

**PER CURIAM**

ATTESTED TO: _____
               Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 587693, styled *The State of Texas v. Robert Martinez, Jr.*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable John Longoria presiding.